UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
KANSAS CITY DIVISION

| | |
|---|---|
| MICHAEL BALOSSI, | ) |
|     Plaintiff, | ) |
| v. | ) |
| THE STANDARD INSURANCE COMPANY | ) |
|     and | ) Case No.  4:14-cv-01504-CDP |
| RGA REINSURANCE COMPANY WELFARE BENEFIT PLAN, | ) |
|     and | ) |
| RGA REINSURANCE COMPANY, | ) |
|     Defendants. | ) |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, Michael Balossi, with the consent of Defendants, Standard Insurance Company, RGA Reinsurance Company Welfare Benefit Plan, and RGA Reinsurance Company, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby dismisses his Complaint, with prejudice, with each party to bear its own costs and fees.

Respectfully Submitted,

**By:     */s/Talia Ravis, Esq.***
       Talia Ravis
       Law Office of Talia Ravis, PA
       7930 Santa Fe Drive, Suite 100
       Overland Park, Kansas 66204
       913-428-8955 (tel)
       1-800-694-3016 (fax)
       travis@erisakc.com
       *Attorney for Plaintiff, Michael Balossi*

**THOMPSON COBURN LLP**

By:  */s/ Richard J. Pautler, Esq*
      Richard J. Pautler
      One US Bank Plaza – 28th Floor
      St. Louis, MO  63101
      (314) 552-6470
      (314) 552-7470 (fax)
      rpautler@thompsoncoburn.com
*Attorneys for Standard Insurance Company*

By:   /s/***Charles B. Jellinek, Esq.***
      Charles B. Jellineck
      Amanda Colvin
      Bryan Cave LLP
      One Metropolitan Square
      211 No. Broadway, Suite 3600
      St. Louis, Missouri 63102
      (314) 259-2000 - Phone
      (314) 259-2020 – Fax
      cbjellinek@bryancave.com
*Attorneys for Defendant RGA Reinsurance Company and RGA Reinsurance Company Welfare Benefit Plan*